```
 1  Andrew O. Smith, Esq., SBN 217538
    Michael F. Colbert, Esq., SBN 319539
 2  PETTIT KOHN INGRASSIA LUTZ & DOLIN PC
    5901 W. Century Blvd., Suite 1100
 3  Los Angeles, CA 90045                                    JS-6
    Telephone: (310) 649-5772
 4  Facsimile: (310) 649-5777
    E-mail: aosmith@pettitkohn.com
 5          mcolbert@pettitkohn.com

 6  Attorneys for Defendant
    WALMART INC.
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| ALVARO LEMUS, | CASE NO.: 2:23-cv-01517-MRW |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE: STIPULATION REMANDING BACK TO STATE COURT |
| WALMART, INC.; DOES 1-10, | |
| Defendants. | Courtroom: 550<br>Magistrate Judge: Michael R. Wilner<br>Complaint Filed: April 20, 2022<br>Trial Date: Not Set |

Upon consideration of Plaintiff ALVARO LEMUS and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of State of California, County of Los Angeles.

Dated: ___April 4___, 2023

_____
HONORABLE MICHAEL R. WILNER
UNITED STATES DISTRICT JUDGE